# EXHIBIT J



discovery exhibits 000166